| ~~SEALED~~ | **United States District Court** |
|---|---|
| | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Aurangzeb Ayub (10) | Case Number: 21cr1623-JLS-10 |

FILED MAR 23 2022 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

~~NOT FOR PUBLIC VIEW~~

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Aurangzeb Ayub (10)
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1962(d) - Racketeering Conspiracy to Conduct Enterprise Affairs (RICO Conspiracy)
18:1963 - Criminal Forfeiture

3/21/22 in court

DATE: _____ ARRESTED BY: STEVEN C. STAFFORD U.S. MARSHAL, S/CA BY: _____

RECEIVED 2021 MAY 28 PM 3:22 U.S. MARSHALS-S/CA

In violation of Title   See Above   United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ E. Blase  *[signature]* | May 28, 2021, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $   No Bail   by   The Honorable Michael S. Berg
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |