UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 21-CR-1623-JLS |
| Plaintiff, | ) | **ORDER CONTINUING MOTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) | |
| AURANGZEB AYUB (10), | ) | |
| Defendant. | ) | |

The United States of America and defendant AURANGZEB AYUB jointly move to continue the Motion Hearing/Trial Setting set for April 22, 2022, at 1:30 p.m. to June 10, 2022, at 1:45 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph (c) of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS ORDERED that the joint motion is granted. The Motion Hearing/Trial Setting shall be continued to June 10, 2022, at 1:45 p.m.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until June 10, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:  April 5, 2022

Hon. Janis L. Sammartino
United States District Judge