# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-1623-JLS-10 |
| Plaintiff, | **ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING HEARING** |
| v. | |
| AURANGZEB AYUB (10), | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Mr. Ayub's Motion Hearing and Trial Setting date be continued from June 10, 2022 until August 12, 2022 at 1:30 pm. Defendant shall file an acknowledgement of the new hearing date by June 17, 2022.

For the reasons set forth in the moint motion, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 7, 2022

Hon. Janis L. Sammartino
United States District Judge