Megan E. Foster
Califonria SBN 317634
Colorado SBN 50313
THE LAW OFFICE OF MEGAN E. FOSTER, APC
101 W. Broadway, Ste. 810
San Diego, CA 92101
T: (619) 736-3707
E: megan.foster.esq@gmail.com

*Attorney for Aurangzeb Ayub*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AURANGZEB AYUB,<br><br>　　　　Defendant. | Case No.: 21-CR-1623-JLS-10<br><br>**DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT DATE** |

　　I, Defendant, AURANGZEB AYUB, hereby acknowledge that my mandatory court appearance set for June 10, 2022 has been continued to August 12, 2022 at 1:30 pm, in the United States District Court for the Southern District of California, before the Honorable Janis L. Sammartino. I understand that I am order to appear in court on that date.

DATED: 06/14/2022

Signature: /s/ Aurangzeb Ayub
_____
Aurangzeb Ayub