UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AURANGZEB AYUB (10), ) <br> ) <br> Defendant. ) <br> ) | Case No. 21-CR-1623-JLS <br><br> ORDER |

    Upon joint motion of the parties to designate this case as complex pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and for good cause appearing,

    IT IS HEREBY ORDERED that this case shall be deemed complex for purposes of the Speedy Trial Act, 18 U.S.C. § 3161.  Based on the large volume of the discovery, the complex nature of the prosecutions, and possible existence of novel questions of fact or law, it would be unreasonable to expect defense counsel to be able to effectively prepare for pre-trial motions and trial within the period normally prescribed by the Speedy Trial Act, taking into account the exercise of due diligence.  Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendants in a speedy trial.

    IT IS FURTHER ORDERED that the time between September 30, 2022, which

is the filing of the Joint Motion to Declare Case Complex, and December 9, 2022, be deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(D), resulting from pre-trial motions already filed.

IT IS SO ORDERED.

Dated: September 30, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge